**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6652

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY ROY CROSBY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, Senior District Judge.  (4:96-cr-00361-CMC-1)

Submitted:  June 29, 2023                           Decided:  July 17, 2023

Before GREGORY, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Roy Crosby, Appellant Pro Se.  Kathleen Michelle Stoughton, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Roy Crosby appeals the district court's orders denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having reviewed the record, we conclude that the district court did not abuse its discretion in ruling that the pertinent 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. High*, 997 F.3d 181, 185-87 (4th Cir. 2021); *see also United States v. Ferguson*, 55 F.4th 262, 272 (4th Cir. 2022) ("[A] compassionate release motion cannot be used to challenge the validity of a defendant's conviction or sentence."), *petition for cert. filed*, No. 22-1216 (U.S. June 16, 2023). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2